SIGNED.

Dated: May 23, 2022

Paul Sala, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Erik Alcantar Cabrera and Michelle Alcantar fka Michelle Rivera<br><br>Debtors.<br>_____<br>Toyota Motor Credit Corporation<br><br>Movant,<br>vs.<br><br>Erik Alcantar Cabrera and Michelle Alcantar fka Michelle Rivera, Debtors; Robert A. Mackenzie, Trustee.<br><br>Respondents. | Chapter 7<br><br>Case No. 2:22-bk-02440-PS<br><br>**ORDER**<br><br>(Related to Docket #15)<br><br>RE: 2021 TOYOTA COROLLA<br>VIN: 5YFEPMAE6MP179790 |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated with respect to that certain personal property which is the subject of a Retail Installment Sale Contract - Simple Finance Charge (With Arbitration Provision)

dated November 11, 2020, wherein Toyota Motor Credit Corporation is the lien holder on the Secure Title Administration, Inc. Electronic Title on the below referenced vehicle and Erik Alcantar Cabrera and Michelle Alcantar fka Michelle Rivera are designated as Buyers, further described as:

> 2021 TOYOTA COROLLA
> VIN: 5YFEPMAE6MP179790

IT IS FURTHER ORDERED that Toyota Motor Credit Corporation is hereby authorized to sell the property in a commercially reasonable manner and apply the sales proceeds to the unpaid loan balance, in accordance with applicable law.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

**SIGNED AND DATED ABOVE.**